931 F.2d 50
 Gross Metal Products, Inc.
v.
Metal Finishing Fabricators, Inc., Bleckner & Bleckner
Insurance Agency Inc., U.S. Fidelity & Guaranty Co.,
Fidelity & Guaranty Insurance Underwriters, Inc., Buckeye
Union Insurance Co.; Fidelity and Guaranty Insurance
Underwriters, Inc., U.S. Fidelity and Guaranty Co.
 NO. 90-1679
 United States Court of Appeals,
Third Circuit.
 MAR 15, 1991
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.